Rev. James C. RAWLINSON et al.

v.

## BOARD OF CANVASSERS OF CITY OF WOONSOCKET et al.

No. 79–371–M.P.

Supreme Court of Rhode Island.

Feb. 21, 1980.

Rev. James C. Rawlinson, pro se.

Dennis J. Roberts II, Atty. Gen., John S. Foley, Special Asst. Atty. Gen., for respondents.

## ORDER

The petitioner's motion that we accept his petition for certiorari and supporting memorandum and documents as his brief herein is granted.

DORIS, J., did not participate.

■

Mary A. RICCIO

v.

## FILENE'S FEDERATED DEPARTMENT STORES, INC.

No. 78–310–A.

Supreme Court of Rhode Island.

Feb. 21, 1980.

Raul L. Lovett, Providence, for plaintiff.

Eldridge H. Henning, Jr., Providence, for defendant.

## ORDER

This case is assigned to the March, 1980 *show cause* calendar. The employer is directed to appear and show cause why this appeal should not be denied and the decree of the Full Commission affirmed in view of the fact that said decree was supported by legally competent evidence and a contrary result is not mandated as a matter of law. *William Bloom & Son v. Monahan*, R.I., 383 A.2d 582 (1978); *see also DeNardo v. Fairmount Foundries*, R.I., 399 A.2d 1229 (1979).

DORIS, J., did not participate.